**PACHULSKI STANG ZIEHL & JONES**
Richard M. Pachulski (State Bar No. 90073)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310.277.6910/Facsimile: 310.201.0760
Email: rpachulski@pszjlaw.com

**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: 310.440.4100/Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Alan J. Kessel (State Bar No. 130707)
alan.kessel@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614-2524
Telephone: 949.567.3500
Facsimile: 949.863.0151

Attorneys for Intervenors and Creditors
HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden (State Bar No. 133040)
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone: 714.966.1000/Facsimile: 714.966.1002
E-mail: jgolden@wgllp.com

Attorneys for Chapter 7 Trustee and Plaintiff
THOMAS H. CASEY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREA S. DOWNS<br><br>Debtor. | Case No. 8:16-bk-12589-SC<br><br>Chapter 7 |

i

2733659.1

| | | |
|---|---|---|
| 1 | THOMAS H. CASEY, Chapter 7 Trustee, | Adversary No. 8:18-ap-01168-SC |
| 2 | Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS (1) TO AVOID AND RECOVER FRAUDULENT TRANSFERS PURSUANT TO FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. §§ 548(a)(1)(A), 544(b) AND 550 (4) FOR PRESERVATION OF THE TRANSFER FOR THE BENEFIT OF THE ESTATE; (5) FOR ATTORNEYS' FEES AND COSTS** |
| 3 | v. | |
| 4 | LORA RAE STEINMANN, HEINZ H. STEINMAN, ERIC STEINMANN, MARY (SYPKENS) STEINMANN, JOHN STEINMANN, TESSIE (STAPLETON) STEINMANN, KATY (BELKNAP) STEINMANN, HEINZ STEINMANN, JEFF STEINMANN, TOM STEINMANN, SUSIE (WILSON) STEINMANN. | |
| 9 | Defendants. | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

ii

2733659.1

**TO THE HONORABLE SCOTT E. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

PLEASE TAKE NOTICE that Thomas H. Casey, the chapter 7 trustee ("**Trustee**") for the bankruptcy estate ("**Estate**") of Andrea Steinmann Downs ("**Debtor**"), respectfully shall and hereby does move the Court for an order dismissing claims 1, 4 and 5 ("**Motion**") in accordance with Federal Rule of Civil Procedure 41 ("**Rule 41**").

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and all other pleadings and records on file in this action, and upon such other oral and documentary argument and evidence as may be presented before or at the hearing.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9013-1(o), any response and request for hearing must be filed with the Court and served on the movant, the United States Trustee, and any other required parties in interest, within fourteen days after the date of service of this Notice and Motion.

Dated: October 15, 2020　　　**WEILAND GOLDEN GOODRICH LLP**

By: /s/ Jeffrey I. Golden
　　Jeffrey I. Golden
　　Attorneys for Chapter 7 Trustee and Plaintiff
　　THOMAS H. CASEY

Dated: October 15, 2020　　　**PACHULSKI STANG ZIEHL & JONES**

By: /s/ Richard M. Pachulski
　　Richard M. Pachulski
　　Attorneys for Intervenors and Creditors
　　HAUSMAN HOLDINGS, LLC and
　　DAVID and PAMELA MOELLENHOFF

Dated: October 15, 2020　　　**RAINES FELDMAN LLP**

By: /s/ Hamid R. Rafatjoo
　　Hamid R. Rafatjoo
　　Attorneys for Intervenors and Creditors
　　HAUSMAN HOLDINGS, LLC and
　　DAVID and PAMELA MOELLENHOF

2733659.1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.     Background Facts

On September 6, 2018, the Trustee filed the *Plaintiff Thomas H. Casey's Complaint (1) To Avoid And Recover Fraudulent Transfers Pursuant To 11 U.S.C. §§ 548(A)(1)(A), 544(B) And 550; (2) For Imposition Of A Resulting Trust; (3) For Declaratory Relief; (4) For Preservation Of The Transfer For The Benefit Of The Estate; And (5) For Attorneys' Fees And Costs* [Adv. Dkt. No. 1], against Defendants.

On November 9, 2018, eight of the Siblings (not including Eric Steinmann) filed one of the Motions [Adv. Dkt. No. 25] (the "Siblings' Motion"). The Debtor's parents, Lora and Heinz Steinmann, and her brother Eric Steinmann filed the other Motion [Adv. Dkt. No. 27] (the "Parents'/Eric's Motion"). After the foregoing motions to dismiss were denied, the respective defendants answered the complaint. In addition, the Defendants' appeal was dismissed.

## II.    Dismissal of Claims 1, 4, and 5 is Appropriate

Rule 41 provides in pertinent part that, after a party has answered, an action or claim may be "dismissed at the plaintiff's request only by court order." Here, while Claims 1, 4 and 5 of the complaint in the above captioned action ("**Complaint**") are meritorious claims, the Trustee believes he can effectively achieve relief and attain the same result by relying solely upon Claim 2 which seeks the imposition of a resulting trust and Claim 3 which seeks related declaratory relief. The Trustee has therefore determined that dismissing claims 1, 4 and 5 are in the best interest of the estate.

2

2733659.1

### III. **Conclusion**

In light of the foregoing the Trustee respectfully requests that the Court dismiss Claims 1, 4 and 5 of the Complaint.

Dated: October 15, 2020    **WEILAND GOLDEN GOODRICH LLP**

By:  /s/ Jeffrey I. Golden
     Jeffrey I. Golden
     Attorneys for Chapter 7 Trustee and Plaintiff
     THOMAS H. CASEY

Dated: October 15, 2020    **PACHULSKI STANG ZIEHL & JONES**

By:  /s/ Richard M. Pachulski
     Richard M. Pachulski
     Attorneys for Intervenors and Creditors
     HAUSMAN HOLDINGS, LLC and
     DAVID and PAMELA MOELLENHOFF

Dated: October 15, 2020    **RAINES FELDMAN LLP**

By:  /s/ Hamid R. Rafatjoo
     Hamid R. Rafatjoo
     Attorneys for Intervenors and Creditors
     HAUSMAN HOLDINGS, LLC and
     DAVID and PAMELA MOELLENHOFF

3

2733659.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS (1) TO AVOID AND RECOVER FRAUDULENT TRANSFERS PURSUANT TO FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. §§ 548((a)(1)(A), 544(b) AND 550; (4) FOR PRESERVATION OF THE TRANSFER FOR THE BENEFIT OF THE ESTATE; (5) FOR ATTORNEYS' FEES AND COSTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR)   msilva@tomcaseylaw.com, thc@trustesolutions.net
Hamid R. Rafatjoo   hrafatjoo@raineslaw.com; bclark@raineslaw.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
D Edward Hays   ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
Gerald Kennedy   Gerald.kennedy@procopio.com, Kristina.terlago@procopio.com; calendaring@procopio.com; efile-bank@procopio.com
Laila Masud   lmasud@marshackhays.com; lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
Aram Ordubegian   ordubegian.aram@arentfox.com
Malhar S. Pagay   mpagay@ pszjlaw.com, bdassa@pszjlaw.com
Annie Stoops   annie.stoops@arentfox.com; Yvonne.li@arentfox.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2020 | Kerry Moynihan | /s/ Kerry Moynihan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**