FILED
OCT 27 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski (State Bar No. 90073)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310.277.6910/Facsimile: 310.201.0760
Email: rpachulski@pszjlaw.com

**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: 310.440.4100/Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Attorneys for Intervenors and Creditors
HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden (State Bar No. 133040)
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone: 714.966.1000/Facsimile: 714.966.1002
E-mail: jgolden@wgllp.com

Attorneys for Chapter 7 Trustee and Plaintiff
THOMAS H. CASEY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re:
ANDREA S. DOWNS
Debtor.

THOMAS H. CASEY, Chapter 7 Trustee,

Plaintiff,

v.

LORA RAE STEINMANN, HEINZ H. STEINMAN, ERIC STEINMANN, MARY (SYPKENS) STEINMANN, JOHN STEINMANN, TESSIE (STAPLETON) STEINMANN, KATY (BELKNAP) STEINMANN, HEINZ STEINMANN, JEFF STEINMANN, TOM STEINMANN, SUSIE (WILSON) STEINMANN.

Defendants.

Case No. 8:16-bk-12589-SC

Chapter 7

Adv. Case No. 8:18-ap-01168-SC

NOTICE OF FILING OF DOCUMENTS UNDER SEAL PURSUANT TO:

ORDER GRANTING MOTION FOR INTERVENORS AND TRUSTEE TO FILE UNDER SEAL EXHIBIT P TO THE DECLARATION OF SUPPLEMENTAL HAMID R. RAFATJOO IN SUPPORT OF THEIR MOTION FOR TERMINATING SANCTIONS

**To Be Filed Under Seal Pursuant to Court Order Entered October 22, 2020, as Dkt. No. 278**

Date: November 4, 2020
Time: 11:00 a.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701-4593

BY FAX

ORIGINAL