Justin S. Draa, SBN 253688
DiBENEDETTO, LAPCEVIC & DRAA LLP
1101 Pacific Ave., suite 320
Santa Cruz, California 95060
Telephone: (831) 325-2674
Facsimile: (831) 477-7617
jdraa@dld-law.com

Attorneys for Defendants
Lora Rae Steinmann, Heinz H. Steinmann,
Eric Steinmann, Susanna Steinmann Wilson,
Thomas Steinmann, John Steinmann, and Mary
Steinmann Sypkens, Teresa Steinmann
Stapleton, Katy Steinmann Belknap, Jeff
Steinmann, and Heinz J. Steinmann

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:16-bk-12589-SC |
| ANDREA STEINMANN DOWNS, | Chapter 7 |
| Debtor. | Adv. No. 8:18-ap-01168-SC |
| THOMAS H. CASEY, Chapter 7 Trustee for the bankruptcy estate of Andrea Steinmann Downs, | AMENDED NOTICE OF MOTION FOR SANCTIONS UNDER RULE 9011 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE |
| Plaintiff, | |
| v. | Date: September 2, 2021 |
| LORA RAE STEINMANN, HEINZ H. STEINMANN, ERIC STEINMANN, MARY (SYPKENS) STEINMANN, JOHN STEINMANN, TESSIE (STAPLETON) STEINMANN, KATY (BELKNAP) STEINMANN, HEINZ STEINMANN, JEFF STEINMANN, TOM STEINMANN, AND SUSIE (WILSON) STEINMANN, | Time: 11:00 a.m.<br>Place: Courtroom 5C (In Person)<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California, 92701 |
| Defendants. | |

1
AMENDED NOTICE OF MOTION FOR SANCTIONS

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THOMAS H. CASEY, CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that at **11:00 a.m. on September 2, 2021,** and will take place **in person** before the Honorable Scott C. Clarkson, in Courtroom 5C, 411 West Fourth Street, Santa Ana, California 92701- 4593, the above-captioned defendants, Lora Rae Steinmann, Heinz H. Steinmann,  Eric Steinmann, Susanna Steinmann Wilson, Thomas Steinmann, John Steinmann, and Mary Steinmann Sypkens, Teresa Steinmann Stapleton, Katy Steinmann Belknap, Jeff Steinmann, and Heinz J. Steinmann (collectively, "Steinmann"), by and through their undersigned attorneys, will and hereby do move the Court for sanctions pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure because the complaint ("Complaint") filed in this adversary action ("Action") by Thomas H. Casey, in his capacity as the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Debtor Andrea Steinmann Downs ("Debtor"), and in which creditors, HAUSMAN HOLDINGS, LLC, DAVID MOELLENHOFF, and PAMELA MOELLENHOFF intervened and financed ("Creditors," and collectively with Trustee, "Plaintiffs"), was neither well-grounded in fact nor supported by existing law.

**PLEASE TAKE FURTHER NOTICE THAT** this motion, as filed on July 8, 2021, as **Docket No. 316**, is based on this written notice; the accompanying memorandum of points and authorities, Declarations of Eric Steinmann and Justin S. Draa, with exhibits; the Court's files and records in this case and the related bankruptcy case; and on such other evidence and argument as may properly come before the Court at the hearing of this matter.

Dated:  July 14, 2021　　　　　　　　　　DIBENEDETTO, LAPCEVIC & DRAA LLP

By:_____/S/_____
JUSTIN S. DRAA
Attorneys for Defendants Lora Rae Steinmann, Heinz H. Steinmann, Eric Steinmann, Susanna Steinmann Wilson, Thomas Steinmann, John Steinmann, and Mary Steinmann Sypkens, Teresa Steinmann Stapleton, Katy Steinmann Belknap, Jeff Steinmann, and Heinz J. Steinman

2

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1101 Pacific Avenue, Suite 320, Santa Cruz, California 95060

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF MOTION FOR SANCTIONS UNDER RULE 9011 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 14, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July___, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July___, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

RACHAEL SPENCER, Legal Secretary                    */s/ Rachael Spencer*
Date    Printed Name                                                  Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Marshall J Hogan    mhogan@swlaw.com, semartinez@swlaw.com
- Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Alan J Kessel    kessela@pepperlaw.com, philipsj@pepperlaw.com
- Kay S Kress    kressk@pepperlaw.com, henrys@pepperlaw.com
- Charity J Manee    charity@rmbklaw.com
- Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Eric S Pezold    epezold@swlaw.com, scrisp@swlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daniel B Spitzer    dspitzer@spitzeresq.com
- Annie Y Stoops    annie.stoops@arentfox.com, yvonne.li@arentfox.com
- James E Till    jtill@btntlaw.com, maraki@btntlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov