**PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski (State Bar No. 90073)
Kenneth H. Brown (State Bar No. 100396)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: rpachulski@pszjlaw.com
       kbrown@pszjlaw.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:16-bk-12589-SC |
| ANDREA S. DOWNS, | Chapter 7 |
| Debtor. | |
| THOMAS H. CASEY, Chapter 7 Trustee, | Adversary No. 8:18-ap-01168-SC |
| Plaintiff, | **DECLARATION OF KENNETH H. BROWN CLARIFYING THAT MOTION FOR SANCTIONS UNDER RULE 9011 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [DKT. NO. 316] SEEKS NO RELIEF AGAINST THE PACHULSKI FIRM OR ITS ATTORNEYS** |
| v. | |
| LORA RAE STEINMANN, HEINZ H. STEINMAN, ERIC STEINMANN, MARY (SYPKENS) STEINMANN, JOHN STEINMANN, TESSIE (STAPLETON) STEINMANN, KATY (BELKNAP) STEINMANN, HEINZ STEINMANN, JEFF STEINMANN, TOM STEINMANN, SUSIE (WILSON) STEINMANN, | Date: August 11, 2021<br>Time: 11:00 a.m.<br>Place: Courtroom 5B<br>411 West Fourth Street<br>Santa Ana, California 92701-4593 |
| Defendants. | |

I, Kenneth H. Brown, declare as follows:

1. I am an attorney duly authorized to practice before the United States Bankruptcy Court for the Central District of California. I am a Partner of Pachulski Stang Ziehl & Jones LLP ("**Pachulski Firm**") co-counsel for Creditors and Intervenors Hausman Holdings, LLC and David and Pamela Moellehnoff ("**Intervenors**") in the above-captioned adversary action.

2. I make this declaration to apprise the court that *Motion for Sanctions Under Rule 9011 of the Federal Rules of Bankruptcy Procedure* [Dkt. 316] ("**Rule 9011 Motion**") does not seek

DOCS_SF:105852.1 35058/001

relief against the Pachulski Firm. I know following facts to be true of my own personal knowledge and if called as a witness, I could and would competently testify with respect thereto.

3. Attached hereto as **Exhibit A** is a true copy of the email string between me and Justin Draa of July 30, 2021. Mr. Draa is counsel for the parties that filed the Rule 9011 Motion. The email confirms that the Rule 9011 Motion seeks *no relief* against the Pachulski Firm. Based on Mr. Draa's representation, the Pachulski Firm has not filed a separate opposition to the Rule 9011 Motion on its own behalf.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2021 at San Francisco, California

*/s/ Kenneth H. Brown*
Kenneth H. Brown

DOCS_SF:105852.1 35058/001

2

# EXHIBIT A

# Kenneth Brown

| | |
|---|---|
| From: | Justin Draa <jdraa@dld-law.com> |
| Sent: | Friday, July 30, 2021 3:31 PM |
| To: | Kenneth Brown |
| Subject: | RE: Steinmann v Casey et al (Motions for Sanctions) |

Ken, this will confirm what I just told you by phone. Steinmann's 9011 motion does *not* seek relief against the Pachulski firm.

Justin

Justin S. Draa, Esq.
**DiBENEDETTO LAPCEVIC & DRAA, LLP**
1101 Pacific Avenue, Suite 320
Santa Cruz, CA 95060
(831) 325-2674 Tel
(831) 477-7617 Fax
jdraa@dld-law.com

---

**From:** Kenneth Brown <kbrown@pszjlaw.com>
**Sent:** Friday, July 30, 2021 1:06 PM
**To:** Justin Draa <jdraa@dld-law.com>
**Cc:** Kenneth Brown <kbrown@pszjlaw.com>
**Subject:** RE: Steinmann v Casey et al (Motions for Sanctions)

Justin,
Can you clarify whether the Rule 9011 motion is seeking relief against the Pachulski firm? As we discussed in our call, the Defendants' Rule 9011 motion initially was served on September 23, 2020, and the first pleading on which my firm appears is dated September 30 [Dkt. 222]. Therefore, the motion cannot (and does not) address any conduct by my firm. Moreover, it does not appear that the motion was served on my Firm in compliance with FRBP 7004 21 days prior to its presentation to the Court. In fact, it does not appear that Defendants counsel ever even sent the Rule 9011 to a representative of my firm by email. Please send me the proof of service or other document you believe triggered the 21 day safe harbor period for my firm.

**Kenneth Brown**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5106
Tel: 415.263.7000 | Cell: 415.297.6906 | Fax: 415.263.7010
kbrown@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**150 California Street, 15th Floor, San Francisco, CA 94111**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KENNETH H. BROWN CLARIFYING THAT MOTION FOR SANCTIONS UNDER RULE 9011 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [DKT. NO. 316] SEEKS NO RELIEF AGAINST THE PACHULSKI FIRM OR ITS ATTORNEYS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 5, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ryan W Beall**    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Justin S Draa**    jdraa@dld-law.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Gerald P Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Annie Y Stoops**    annie.stoops@arentfox.com, yvonne.li@arentfox.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_SF:105868.1 35058/001

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 5, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX:**
**The Honorable Scott C. Clarkson**
**United States Bankruptcy Judge**
**411 West Fourth Street**
**Suite 5130**
**Santa Ana, CA 92701-4393**

**VIA EMAIL:**

| Counsel | Represents |
|---|---|
| **D Edward Hays** <br> **Laila Masud** <br> **Marshack Hays LLP** <br> ehays@marshackhays.com <br> lmasud@marshackhays.com | Eric Stienmann <br> Heinz H. Steinmann <br> Lora Rae Steinmann |
| **Gerald P Kennedy** <br> **Procopio, Cory, Hargraves & Savitch, LLP** <br> gerald.kennedy@procopio.com | John Steinmann <br> Mary (Sypkens) Steinmann <br> Susie (Wilson) Steinmann <br> Tom Steinmann |
| **E. Scott Palmer** <br> **Palmer Hunter** <br> scott@palmerhunter.com | Teresa Steinmann Stapleton <br> Katy Steinmann Belknap <br> Jeffrey D. Steinmann <br> Heinz J. Steinmann |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2021 | Hung Phan | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**