BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for Ryan Beall

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREA STEINMANN DOWNS,<br><br>　　　　　　　Debtor.<br>_____<br><br>THOMAS H. CASEY, Chapter 7 Trustee for the bankruptcy estate of Andrea Steinmann Downs,<br><br>　　　　　　　Plaintiff.<br>　vs.<br><br>LORA RAE STEINMANN, HEINZ H. STEINMANN, ERIC STEINMANN, MARY (SYPKENS) STEINMANN, JOHN STEINMANN, TESSIE (STAPLETON) STEINMANN, KATY (BELKNAP) STEINMANN, HEINZ STEINMANN, JEFF STEINMANN, TOM STEINMANN, AND SUSIE (WILSON) STEINMANN,<br><br>　　　　　　　Defendants. | Bk. No. 8:16-bk-12589-SC<br>Chapter 7<br><br>Adversary No. 8:18-ap-01168-SC<br><br>**DECLARATION OF WILLIAM C. BEALL CLARIFYING THAT MOTION FOR SANCTIONS MAKES NO ALLEGATIONS AND SEEKS NO RELIEF AGAINST RYAN W. BEALL**<br><br>DATE:　　September 2, 2021<br>TIME:　　11:00 A.M.<br>CTRM:　　5C (In Person)<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, CA  92701 |

1

I, William C. Beall, declare as follows:

1. I am counsel for Ryan Beall individually with regard to this matter. Except as to statements based on information and belief, I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.

2. I make this declaration to apprise the Court that the Motion for Sanction under the Court's Inherent Authority (Docket 316) makes no specific allegations and seeks no relief against Ryan W. Beall personally.

3. Attached hereto as **Exhibit A** is a true copy of the email string between me and Justin Draa of August 17, 2021. Mr. Draa is counsel for the parties that filed the Motion for sanctions. The email confirms that the Motion seeks *no relief* against Ryan Beall. Based on Mr. Draa's representation, Ryan W. Beall has not filed a separate opposition to the Motion on his own behalf.

4. I sent this declaration by draft (without this paragraph) to Mr. Draa and he had no objection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of August, 2021, at Santa Barbara, California.

_____
WILLIAM C. BEALL

2

Will Beall

| | |
|---|---|
| From: | Justin Draa <jdraa@dld-law.com> |
| Sent: | Tuesday, August 17, 2021 5:28 PM |
| To: | Will Beall |
| Subject: | RE: Draft opposition |
| Attachments: | Pachulski Decl. Clarifying No Relief Sought.pdf |

Hi Will,

Based on our call yesterday and the information/representations you made as to Ryan's limited involvement in the underlying adversary case, this will confirm that the Steinmann's Motion for Sanctions under the Court's Inherent Authority will not _NOT_ seek sanctions against him individually. Are you free to speak with me briefly tomorrow morning between 10 and 11am sometime re the best way to advise the Court of this development?

Thank you,

Justin

Justin S. Draa, Esq.
**DiBENEDETTO LAPCEVIC & DRAA, LLP**
1101 Pacific Avenue, Suite 320
Santa Cruz, CA  95060
(831) 325-2674 Tel
(831) 477-7617 Fax
jdraa@dld-law.com

**From:** Will Beall <Will@beallandburkhardt.com>
**Sent:** Monday, August 16, 2021 4:30 PM
**To:** Justin Draa <jdraa@dld-law.com>
**Subject:** Draft opposition

Here is the draft opposition.

William C. Beall
**Beall & Burkhardt, APC**
1114 State Street, Suite 200
Santa Barbara, CA 93101
Phone:  (805) 966-6774
Fax:  (805) 963-5988

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF WILLIAM C. BEALL CLARIFYING THAT MOTION FOR SANCTIONS MAKES NO ALLEGATIONS AND SEEKS NO RELIEF AGAINST RYAN W. BEALL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/18/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Justin S Draa    jdraa@dld-law.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Richard M Pachulski    rpachulski@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Annie Y Stoops    annie.stoops@arentfox.com, yvonne.li@arentfox.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/18/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Scott C. Clarkson**
**United States Bankruptcy Court**
**Ronald Reagan Federal Building**
**411 West Fourth Street, Suite 5130**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/18/2021 | William C. Beall | *William C. Beall* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE