JULIE VAN WERT (SBN 166712)
jvanwert@londonfischer.com
DAVID BERKE (SBN 228827)
DBerke@LondonFischer.com
LONDON FISCHER LLP
800 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90017
T: (213) 404-0240 | Fax: (213) 404-0251

Attorneys for Defendants,
RAINES FELDMAN LLP and HAMID R. RAFATJOO

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREA S. DOWNS,<br><br>Debtor. | Case No. 8:16-bk-12589-SC<br><br>Chapter 7<br><br>Adversary No. 8:18-ap-01168-SC |
| THOMAS H. CASEY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LORA RAE STEINMANN, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, AND REQUEST FOR INCLUSION ON MASTER MAILING LIST**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that the undersigned, pursuant to Sections 342 and 1109 of the Bankruptcy Code and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), hereby appears on behalf of Raines Feldman LLP and Hamid R. Rafatjoo, and hereby request that they receive papers and pleadings filed in the above-entitled case or any subsequently filed adversary proceedings which require notice to parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 9007, and 9010(b); copies of all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests; any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, messenger, service,

facsimile or otherwise. By this request, the undersigned requests that such notice be provided to the following:

Julie E. Van Wert (SBN 166712)
David Berke (SBN 228827)
**LONDON FISCHER LLP**
800 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90017
Telephone: 213.404-0240
Facsimile: 213.404.0251
E-mail: JVanWert@LondonFischer.com
DBerke@LondonFischer.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Neither this request nor notice and service nor any later appearance, pleadings, claim or suit (1) is a consent to jurisdiction or waives any objection that may be made to the jurisdiction of the Court, (2) is a consent to have any attorney accept service of process of a pleading or other paper initiating a contested matter, (3) waives any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) waives any other substantive or procedural right.

///

///

///

///

///

///

///

This request for notice and service is without prejudice to Raines Feldman LLP's and Hamid R. Rafatjoo's rights, remedies, claims, action defenses, setoffs or recoupments in law or in equity against the Debtor, Defendants, anyone else or other entities either in this case or in any other action all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 19, 2021

LONDON FISHER LLP

By:________________________________
Julie E. Van Wert
David Berke
Attorneys for Raines Feldman LLP and
Hamid R. Rafatjoo





LONDON FISCHER LLP
800 Wilshire Suite 1550
Los Angeles, CA 90017
T: (213) 404-0240

**Proof of Service**

*In re: ANDREA S. DOWNS,*
*THOMAS H. CASEY, Chapter 7 Trustee,*
*v.*
*LORA RAE STEINMANN, et al.,*
Case No. 8:16-bk-12589-SC
Adversary No. 8:18-ap-01168-SC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 800 Wilshire Suite 1550, Los Angeles, California 90017.

On **August 19, 2021**, a true and correct copy of the foregoing document entitled (specify):

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, AND REQUEST FOR INCLUSION ON MASTER MAILING LIST**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

[X] **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) August __, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ryan W Beall rbeall@lwgfllp.com; vrosales@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; rbeall@ecf.courtdrive.com
- Thomas H Casey (TR) msilva@tomcaseylaw.com; thc@trustesolutions.net;
- Justin S Draa jdraa@dld-law.com;
- Jeffrey I Golden jgolden@wgllp.com; kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com;
- D Edward Hays ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com;
- Gerald P Kennedy gerald.kennedy@procopio.com; kristina.terlaga@procopio.com; calendaring@procopio.com; efile-bank@procopio.com;
- Laila Masud lmasud@marshackhays.com; lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
- Aram Ordubegian ordubegian.aram@arentfox.com;
- Richard M Pachulski rpachulski@pszjlaw.com;
- Malhar S Pagay mpagay@pszjlaw.com; bdassa@pszjlaw.com;
- Hamid R Rafatjoo hrafatjoo@raineslaw.com; bclark@raineslaw.com;
- Faye C Rasch frasch@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; gestrada@wgllp.com;

LONDON FISCHER LLP
800 Wilshire Suite 1550
Los Angeles, CA 90017
T: (213) 404-0240

- Todd C. Ringstad becky@ringstadlaw.com; arlene@ringstadlaw.com;
- Annie Y Stoops annie.stoops@arentfox.com; yvonne.li@arentfox.com;
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov;

**Executed on August 19, 2021 at Los Angeles, California.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Chadwick Cruz-Acosta
PRINT NAME

/s/ Chadwick Cruz-Acosta