JULIE VAN WERT (SBN 166712)
jvanwert@londonfischer.com
DAVID M. BERKE (SBN 228827)
DBerke@LondonFischer.com
LONDON FISCHER LLP
515 S. Flower St., Suite 1000
Los Angeles, CA 90017
T: (213) 404-0240 | Fax: (949) 252-0550

Attorneys for Defendants
RAINES FELDMAN LLP
and HAMID R. RAFATJOO

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREA STEINMANN DOWNS,<br><br>Debtor.<br><br>v.<br><br>THOMAS H. CASEY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LORA RAE STEINMANN, ET AL.,<br><br>Defendants. | Case No.: Case No. 8:16-bk-12589-SC<br><br>Chapter 7<br><br>Adversary No. 8:18-ap-01168-SC<br><br>**JOINT STATEMENT OF SELECTION OF MEDIATOR LYNN FRANK** |

The parties hereby provide notice to the Court that they have agreed to the selection of Lynn Frank to act as their mediator, with mediation set for November 14, 2021, the earliest reasonably available opportunity. A copy of Ms. Frank's bio is attached as **Exhibit A**.

To best assist the parties in fully exploring the mediation process, including any

necessary post-mediation negotiations, the parties respectfully request that each of their dates to provide Findings of Fact and Conclusions of law be continued 31 days. The parties also respectfully request that the October 1, 2021 hearing be vacated by this Court.

DATED: September 29, 2021 **London Fisher LLP**

By: ______________________________
Julie Van Wert
David M. Berke
Attorneys for RAINES FELDMAN LLP and HAMID R. RAFATJOO

DATED: September 29, 2021 **Pachulski Stang Ziehl & Jones LLP**

By: /s/ *Richard M. Pachulski*
Richard M. Pachulski
Attorneys for Creditors and Intervenors HAUSMAN HOLDINGS, LLC and DAVID and PAMELA MOELLENHOFF

DATED: September 29, 2021 **DiBenedetto, Lapcevic & Draa LLP**

By: /s/ *Justin S. Draa*
Justin S. Draa
Attorneys for the STEINMANN Defendants/Movants

LONDON FISCHER LLP
515 S. Flower St,
Suite 1000
Los Angeles, CA 90017
T: (213) 404-0240

DATED: September 29, 2021

**Kendall Brill & Kelly LLP**

By: /s/ *Alan Jay Weil*
Alan Jay Weil
Attorneys for TROUTMAN PEPPER HAMILTON SANDERS, LLP and ALAN KESSEL

DATED: September 29, 2021

**Troutman Pepper Hamilton Sanders LLP**

By: /s/ *Alan J. Kessel*
Alan J. Kessel
Attorneys for Creditors and Intervenors HAUSMAN HOLDINGS, LLC and DAVID and PAMELA MOELLENHOFF

DATED: September 29, 2021

**Raines Feldman LLP**

By: /s/ *Hamid R. Rafatjoo*
Hamid R. Rafatjoo
Attorneys for Creditors and Intervenors HAUSMAN HOLDINGS, LLC and DAVID and PAMELA MOELLENHOFF

DATED: September 29, 2021

**Ringstad & Sanders LLP**

By: /s/ *Todd Ringstad*
Todd Ringstad
Attorneys for former Chapter 7 Trustee THOMAS H. CASEY

DATED: September 29, 2021 **Dinsmore & Shohl LLP**

By: /s/ Christopher Celentino
Christopher Celentino
Attorneys for
WEILAND GOLDEN GOODRICH LLP

LONDON FISCHER LLP
515 S. Flower St,
Suite 1000
Los Angeles, CA 90017
T: (213) 404-0240

# EXHIBIT A

Frank & Feder
Mediators

## Lynn S. Frank

Lynn S. Frank is a co-founder of Frank & Feder. Previously Ms. Frank was a founding member of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder and was a principal mediator with the firm for over twenty-three years. She is a graduate of Santa Clara University School of Law, holds a masters degree in Psychology from the University of San Francisco and is a member of the California State Bar.

Ms. Frank has specialized exclusively in the mediation of complex disputes since 1987. She has successfully mediated over one thousand matters covering virtually every field of endeavor including; employment, professional malpractice, commercial, construction, probate, environmental, insurance, product liability, real estate, wage and hour class action, consumer class action, patent, copyright, wrongful death, and entertainment. Ms. Frank currently serves as an Appellate Mediator for the First District Court of Appeals in California.

Over ninety percent of matters handled by Ms. Frank are settled within the course of a single day of mediated negotiations.

Ms. Frank conducts seminars and trainings in mediation for law firms, corporations, and public agencies throughout the country. Her speaking engagements include the American Bar Association, the State Bar of California, the National Employment Lawyers Association, the California Employment Lawyers Association, the Los Angeles County Bar Association, the National Employment Law Institute, the Association of Southern California Defense Counsel, and the Practicing Law Institute.

Ms. Frank serves on the editorial board of Bender's California Labor & Employment Bulletin. She has written numerous articles on the mediation of employment disputes and other civil litigation matters. Ms. Frank has also designed dispute resolution training programs for non-profit organizations and for Santa Clara University.

Ms. Frank previously established and directed the case management program for the American Intermediation Service. She also worked with autistic children and families in crisis. Ms. Frank is a fellow in the American College of Civil Trial Mediators.

***Proof of Service***

In re:
ANDREA STEINMANN DOWNS,
THOMAS H. CASEY, Chapter 7 Trustee,
v.
LORA RAE STEINMANN, ET AL.,
Case No.: Case No. 8:16-bk-12589-SC
Chapter 7
Adversary No. 8:18-ap-01168-SC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 515 S. Flower St., Suite 1000, Los Angeles, CA 90071.

On **September 29, 2021**, I served the foregoing document(s) entitled:

**JOINT STATEMENT OF SELECTION OF MEDIATOR LYNN FRANK**

was/were served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

[X] **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) September 29, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ryan W Beall rbeall@lwgfllp.com; vrosales@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; rbeall@ecf.courtdrive.com
- Thomas H Casey (TR) msilva@tomcaseylaw.com; thc@trustesolutions.net;
- Justin S Draa jdraa@dld-law.com;
- Jeffrey I Golden jgolden@wgllp.com; kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com;
- D Edward Hays ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com;
- Gerald P Kennedy gerald.kennedy@procopio.com; kristina.terlaga@procopio.com; calendaring@procopio.com; efile-bank@procopio.com;
- Laila Masud lmasud@marshackhays.com; lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
- Aram Ordubegian ordubegian.aram@arentfox.com;
- Richard M Pachulski rpachulski@pszjlaw.com;

- Malhar S Pagay mpagay@pszjlaw.com; bdassa@pszjlaw.com;
- Hamid R Rafatjoo hrafatjoo@raineslaw.com; bclark@raineslaw.com;
- Faye C Rasch frasch@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; gestrada@wgllp.com;
- Todd C. Ringstad becky@ringstadlaw.com; arlene@ringstadlaw.com;
- Annie Y Stoops annie.stoops@arentfox.com; yvonne.li@arentfox.com;
- Christopher Celentino christopher.celentino@dinsmore.com;
- Todd C. Ringstad todd@ringstadlaw.com;
- Kessel, Alan J. Alan.Kessel@Troutman.com;
- Alan J. Weil Alan Weil aweil@kbkfirm.com;
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov;

**Executed on September 29, 2021, at Los Angeles, California.**

[**X**] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Chadwick Cruz-Acosta
Print/Type Name