Justin S. Draa, SBN 253688
DiBENEDETTO, LAPCEVIC & DRAA LLP
1101 Pacific Ave., suite 320
Santa Cruz, California 95060
Telephone: (831) 325-2674
Facsimile: (831) 477-7617
jdraa@dld-law.com

Attorneys for the STEINMANN Defendants/Movants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREA STEINMANN DOWNS,<br><br>Debtor.<br><br>THOMAS H. CASEY, Chapter 7 Trustee for the bankruptcy estate of Andrea Steinmann Downs,<br><br>Plaintiff,<br><br>v.<br><br>LORA RAE STEINMANN, et al.,<br><br>Defendants. | Case No. 8:16-bk-12589-SC<br><br>Chapter 7<br><br>Adv. No. 8:18-ap-01168-SC<br><br>NOTICE OF WITHDRAWAL, WITH PREJUDICE, OF THE STEINMANNS' MOTIONS FOR SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT AUTHORITY<br><br>Judge: Hon. Scott Clarkson<br>Ctrm: 5C, Ronald Reagan Federal Building and United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California 92701 |

PLEASE TAKE NOTICE that the STEINMANN Defendants/Movants hereby withdraw, with prejudice, the following two motions currently pending before this Court: (1) Motion for Sanctions under FRBP 9011 [Doc. 316], and (2) Motion for Sanctions pursuant to the Court's Inherent Authority [Doc. 324]. It is respectfully requested that all filing deadlines and hearing dates associated with these motions, including the Status Conference presently set for February 17, 2022, be vacated.

Dated: December 22, 2021         DIBENEDETTO, LAPCEVIC & DRAA LLP

By:_____/S/_____
JUSTIN S. DRAA
Attorneys for the STEINMANN Defendants/Movants

1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1101 Pacific Avenue, Suite 320, Santa Cruz, California 95060

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF STEINMANNS' MOTIONS FOR SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT AUTHORITY** will be served or was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 22, 2021.

| RACHAEL SPENCER, Legal Assistant | *[signature]* |
|---|---|
| *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Marshall J Hogan    mhogan@swlaw.com, semartinez@swlaw.com
- Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Alan J Kessel    kessela@pepperlaw.com, philipsj@pepperlaw.com
- Kay S Kress    kressk@pepperlaw.com, henrys@pepperlaw.com
- Charity J Manee    charity@rmbklaw.com
- Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Eric S Pezold    epezold@swlaw.com, scrisp@swlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daniel B Spitzer    dspitzer@spitzeresq.com
- Annie Y Stoops    annie.stoops@arentfox.com, yvonne.li@arentfox.com
- James E Till    jtill@btntlaw.com, maraki@btntlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**