Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
**RINGSTAD & SANDERS LLP**
4343 Von Karman Avenue, Suite 300
Newport Beach, California 92660
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

Attorneys for Former Trustee Thomas H. Casey

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREA STEINMANN DOWNS,<br><br><br>Debtor.<br>_____<br><br>ROBERT WHITMORE, Successor Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br>LORA RAE STIENMANN, HEINZ H. STEINMANN, ERIC STEINMANN, MARY (SYPKENS) STEINMANN, JOHN STEINMANN, TESSIE (STAPLETON) STEINMANN, KATY (BELKNAP) STEINMANN, HEINZ STEINMANN, JEFF STEINMANN, TOM STEINMANN AND SUZY (WILSON) STEINMANN,<br><br>Defendants. | Case No. 8:16-bk-12589-SC<br><br>Chapter 7<br><br>Adv. Proc. No. 8:18-ap-01168-SC<br><br>**JOINT STIPULATION AND REQUEST OF PARTIES TO SEAL RECORD OF SEPTEMBER 2, 2021 HEARING**<br><br><br>No Hearing Scheduled |

603325154

TO: THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE:

This Stipulation is made by and between the parties to this Adversary Proceeding, former Trustee Thomas H. Casey, his counsel Weiland Golden Goodrich, intervening parties Hausman Holdings, LLC and David and Pamela Moellenhoff, their former counsel, Hamid R. Rafatjoo and Raines Feldman LLP, Alan J. Kessel and Troutman Pepper Hamilton Sanders LLP, and Richard M. Pachulski and Pachulski Stang Ziehl & Jones LLP and Defendants Lora Rae Steinmann, Heinz H. Steinmann, Eric Steinmann, Mary (Sypkens) Steinmann, John Steinmann, Tessie (Stapleton) Steinmann, Katy (Belknap) Steinmann, Heinz Steinmann, Jeff Steinmann, Tom Steinmann And Suzy (Wilson) Steinmann (collectively, the "Defendants"), and their counsel of record, Justin Draa of DeBenedetto, Lapcevic & Draa LLP, with respect to the following facts and circumstances:

A.  On September 2, 2021, commencing at 11:00 a.m., a hearing (the "Hearing") was held on the Defendants' Motion for Sanctions under Rule 9011 of the Federal Rules of Bankruptcy Procedure [Doc. No. 316] and the Defendants' Motion for Sanctions Pursuant to the Court's Inherent Authority [Doc. No. 324] (collectively, the "Motions").

B.  At the Hearing, the Court ordered the parties to mediation on the issues raised in the Motions and the Oppositions thereto. At the Hearing, the Court further granted an oral motion to seal the transcript of the Hearing until further Order of the Court.

C.  The Parties have now consensually resolved all issues raised in the Motions and the Oppositions thereto, and the Defendants have filed Notice of Withdrawal of the Motions with Prejudice [Doc. No. 384]. Consistent with the confidential agreement of the Parties, the Parties have agreed that the written and audio record of the Hearing be permanently sealed.

//
//
//
//

NOW THEREFORE, the Parties hereto do hereby jointly request entry of an Order permanently sealing the written and audio record of the Hearing.

Dated: January 12, 2022        RAINES FELDMAN LLP

By: _____
    Hamid R. Rafatjoo
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022       LONDON FISCHER LLP

By: _____
    Julie Van Wert
    David M. Berke
Attorneys for RAINES FELDMAN LLP
and HAMID R. RAFATJOO

Dated: January ___, 2022       TROUTMAN PEPPER HAMILTON SANDERS LLP

By: _____
    Alan J. Kessel
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022       KENDALL BRILL & KELLY LLP

By: _____
    Alan Jay Weil
Attorneys for TROUTMAN PEPPER HAMILTON
SANDERS, LLP and Alan Kessel

Dated: January ___, 2022       PACHULSKI STANG ZIEHL & JONES LLP

By: _____
    Richard M. Pachulski
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

NOW THEREFORE, the Parties hereto do hereby jointly request entry of an Order permanently sealing the written and audio record of the Hearing.

Dated: January ___, 2022

RAINES FELDMAN LLP

By: _____
Hamid R. Rafatjoo
Attorneys for HAUSMAN HOLDINGS, LLC and DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022

LONDON FISCHER LLP

By: _____
Julie Van Wert
David M. Berke
Attorneys for RAINES FELDMAN LLP and HAMID R. RAFATJOO

Dated: January 12, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: _____
Alan J. Kessel
Attorneys for HAUSMAN HOLDINGS, LLC and DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022

KENDALL BRILL & KELLY LLP

By: _____
Alan Jay Weil
Attorneys for TROUTMAN PEPPER HAMILTON SANDERS, LLP and Alan Kessel

Dated: January ___, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Richard M. Pachulski
Attorneys for HAUSMAN HOLDINGS, LLC and DAVID and PAMELA MOELLENHOFF

Ringstad & Sanders LLP
4343 Von Karman Avenue, Suite 300
Newport Beach, California 92660
949.851.7450

603325154

permanently sealing the written and audio record of the Hearing.

Dated: January ___, 2022            RAINES FELDMAN LLP

By:_____
    Hamid R. Rafatjoo
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022            LONDON FISCHER LLP

By:_____
    Julie Van Wert
    David M. Berke
Attorneys for RAINES FELDMAN LLP
and HAMID R. RAFATJOO

Dated: January ___, 2022            TROUTMAN PEPPER HAMILTON SANDERS LLP

By:_____
    Alan J. Kessel
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

Dated: January 12, 2022            KENDALL BRILL & KELLY LLP

By:_____
    Alan Jay Weil
Attorneys for TROUTMAN PEPPER HAMILTON
SANDERS, LLP and Alan Kessel

Dated: January ___, 2022            PACHULSKI STANG ZIEHL & JONES LLP

By:_____
    Richard M. Pachulski
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

NOW THEREFORE, the Parties hereto do hereby jointly request entry of an Order permanently sealing the written and audio record of the Hearing.

Dated: January ___, 2022           RAINES FELDMAN LLP

By:_____
　　Hamid R. Rafatjoo
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022           LONDON FISCHER LLP

By:_____
　　Julie Van Wert
　　David M. Berke
Attorneys for RAINES FELDMAN LLP
and HAMID R. RAFATJOO

Dated: January ___, 2022           TROUTMAN PEPPER HAMILTON SANDERS LLP

By:_____
　　Alan J. Kessel
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

Dated: January ___, 2022           KENDALL BRILL & KELLY LLP

By:_____
　　Alan Jay Weil
Attorneys for TROUTMAN PEPPER HAMILTON
SANDERS, LLP and Alan Kessel

Dated: January 21, 2022            PACHULSKI STANG ZIEHL & JONES LLP

By:_/s/ Richard M. Pachulski_____
　　Richard M. Pachulski
Attorneys for HAUSMAN HOLDINGS, LLC and
DAVID and PAMELA MOELLENHOFF

| | | |
|---|---|---|
| 1 | Dated: January 12, 2022 | DIBENEDETTO, LAPCEVIC & DRAA LLP |
| 2 | | |
| 3 | | By: /s/ Justin S. Draa |
| 4 | | Attorneys for Defendants/Movants LORA RAE STEINMANN; HEINZ H. STEINMANN; ERIC |
| 5 | | STEINMANN, SUSANNA STEINMANN WILSON; THOMAS STEINMANN; JOHN STEINMANN; MARY |
| 6 | | STEINMANN SYPKENS; TERESA STEINMANN STAPLETON; KATY STEINMANN BELKNAP; JEFF |
| 7 | | STEINMANN; and HEINZ J. STEINMANN |
| 8 | Dated: January ___, 2022 | RINGSTAD & SANDERS LLP |
| 9 | | |
| 10 | | By: /s/ Todd Ringstad |
| 11 | | Attorneys for former Chapter 7 Trustee, THOMAS H. CASEY |
| 12 | | |
| 13 | Dated: January ___, 2022 | KAUFMAN DOLOWICH VOLUCK |
| 14 | | |
| 15 | | By: _____ Andrew J. Waxler |
| 16 | | Attorneys for WEILAND GOLDEN GOODRICH LLP |

Ringstad & Sanders
L.L.P.
4343 Von Karman Avenue, Suite 300
Newport Beach, California 92660
949.851.7450

603325154

- 4 -

| | | |
|---|---|---|
| 1 | Dated: January ___, 2022 | DIBENEDETTO, LAPCEVIC & DRAA LLP |
| 2 | | |
| 3 | | By:_____ |
| | | Justin S. Draa |
| 4 | | Attorneys for Defendants/Movants LORA RAE STEINMANN; HEINZ H. STEINMANN; ERIC STEINMANN, SUSANNA STEINMANN WILSON; THOMAS STEINMANN; JOHN STEINMANN; MARY STEINMANN SYPKENS; TERESA STEINMANN STAPLETON; KATY STEINMANN BELKNAP; JEFF STEINMANN; and HEINZ J. STEINMANN |
| 8 | Dated: January ___, 2022 | RINGSTAD & SANDERS LLP |
| 10 | | By:_____ |
| | | Todd Ringstad |
| 11 | | Attorneys for former Chapter 7 Trustee, THOMAS H. CASEY |
| 13 | Dated: January 12, 2022 | KAUFMAN DOLOWICH VOLUCK |
| 14 | | |
| 15 | | By: /s/ Andrew J. Waxler |
| | | Andrew J. Waxler |
| 16 | | Attorneys for WEILAND GOLDEN GOODRICH LLP |

- 4 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION AND REQUEST OF PARTIES TO SEAL RECORD OF SEPTEMBER 2, 2021 HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 24, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ryan W Beall**    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **David M Berke**    dberke@londonfischer.com, ccruzacosta@londonfischer.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com;cindy.renteria@dinsmore.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Christopher Celentino**    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- **Caroline Djang**    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Justin S Draa**    jdraa@dld-law.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Gerald P Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Richard M Pachulski**    rpachulski@pszjlaw.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Annie Y Stoops**    annie.stoops@arentfox.com, yvonne.li@arentfox.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Alan J Weil**    aweil@kbkfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 24, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Scott C. Clarkson
United States Bankruptcy Judge
411 W. Fourth Street., Ste. 5130
Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2022 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**